IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| FERNANDO MARTINEZ | : | NO. 13-143 |

## ORDER

AND NOW, this 13th day of September, 2016, upon consideration of petitioner Fernando Martinez's pro se motion for modification or reduction of sentence (docket entry # 119), and the Government's response in opposition thereto (docket entry # 123), and the Court finding that Martinez is not eligible for a reduction of sentence after Amendment 782 because he received the statutorily proscribed mandatory minimum sentence for his offense, it is hereby ORDERED that Martinez's motion is DENIED.

BY THE COURT:

/s/ Stewart Dalzell
Stewart Dalzell, J.